# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Wilson, Billy R. | U. S. District Court | 05/13/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

600 West Capitol Avenue, Suite A403
Little Rock, AR 72201

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board Member | Forester Historical Society |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/13/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Pulaski County Circuit Judge |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | Credit Card | J |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. AXA/AB Small Cap Growth | A | Distribution | K | T | Sold<br>(part) | 01/10/19 | K | A | |
| 2. EQ Common Stock Index | A | Distribution | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 3. 1290 VT GAMCO | A | Distribution | K | T | Sold<br>(part) | 01/10/19 | K | A | |
| 4. Hugoton Royalty Trust | A | Dividend | K | T | | | | | |
| 5. Energy Transfer Partners | A | Dividend | J | T | | | | | |
| 6. EQ International Equity Index | A | Distribution | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 7. EQ Large Cap Growth Index | B | Distribution | K | T | Sold<br>(part) | 01/10/19 | K | B | |
| 8. AXA Janus Enterprise Fund chanted to EQ Janus Enterprise Fund | A | Distribution | K | T | Sold<br>(part) | 01/10/19 | K | A | |
| 9. EQ Large Cap Value Index | A | Distribution | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 10. EQ Mid Cap Index | A | Distribution | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 11. AXA Mid Cap Value Managed Volatility Fund changed to EQ Mid Cap Value | A | Distribution | J | T | Sold<br>(part) | 01/10/19 | J | A | |
| 12. Lion Oil, El Dorado, AR | A | Royalty | J | W | | | | | |
| 13. Altegris Futures Evolution Strategy Fund CL I | A | Dividend | | | Sold | 04/12/19 | J | A | |
| 14. Lord Abbett Floating Rate Fund Class F | A | Dividend | J | T | | | | | |
| 15. IShares Russell 1000 Growth ETF | C | Dividend | K | T | Buy<br>(add'l) | 04/12/19 | K | | |
| 16. ----- | C | Dividend | K | T | Sold<br>(part) | 04/29/19 | K | C | |
| 17. ----- | B | Dividend | J | T | Sold<br>(part) | 10/10/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IShares Russell 1000 Value ETF | B | Dividend | K | T | Sold (part) | 04/29/19 | K | B | |
| 19. ----- | B | Dividend | K | T | Sold (part) | 10/10/19 | K | B | |
| 20. ----- | B | Dividend | K | T | Sold (part) | 12/26/19 | K | B | |
| 21. IShares Russell 2000 Growth ETF | B | Dividend | K | T | Sold (part) | 10/10/19 | K | B | |
| 22. ----- | B | Dividend | K | T | Sold (part) | 12/26/19 | K | B | |
| 23. IShares Russell 2000 Value ETF | B | Dividend | K | T | Buy (add'l) | 04/12/19 | K | | |
| 24. ----- | A | Dividend | K | T | Sold (part) | 04/29/19 | K | A | |
| 25. ----- | A | Dividend | K | T | Sold (part) | 10/10/19 | K | A | |
| 26. ----- | A | Dividend | K | T | Sold (part) | 12/26/19 | K | A | |
| 27. IShares Russell Midcap Growth ETF | B | Dividend | K | T | Buy (add'l) | 04/12/19 | K | | |
| 28. ----- | B | Dividend | K | T | Sold (part) | 04/29/19 | K | B | |
| 29. ----- | A | Dividend | K | T | Sold (part) | 10/10/19 | K | A | |
| 30. IShares Russell Mid-cap Value ETF | B | Dividend | K | T | Buy (add'l) | 04/12/19 | K | | |
| 31. ----- | B | Dividend | K | T | Sold (part) | 10/10/19 | K | B | |
| 32. | A | Dividend | K | T | Sold (part) | 12/26/19 | K | A | |
| 33. SPDR Bloomberg Barclays Convertible Sec | A | Dividend | J | T | Sold (part) | 10/10/19 | J | A | |
| 34. ----- | A | Dividend | J | T | Buy (add'l) | 12/26/19 | J | | |

1 Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000

F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2 Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000

N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000

P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3 Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market

U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Wilson, Billy R.** | 05/13/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Vanguard FTSE Developed Markets ETF | B | Dividend | K | T | Sold (part) | 04/29/19 | K | B | |
| 36. ----- | A | Dividend | K | T | Sold (part) | 10/10/19 | K | A | |
| 37. ----- | B | Dividend | K | T | Sold (part) | 12/26/19 | K | B | |
| 38. Vanguard FTSE Emerging Markets ETF | B | Dividend | K | T | Sold (part) | 10/10/19 | K | B | |
| 39. ----- | A | Dividend | K | T | Sold (part) | 12/26/19 | K | A | |
| 40. Vanguard Total Inernational Bond ETF | A | Dividend | J | T | Buy (add'l) | 04/12/19 | J | | |
| 41. ----- | A | Dividend | J | T | Sold (part) | 10/10/19 | J | A | |
| 42. ----- | A | Dividend | J | T | Buy (add'l) | 12/26/19 | J | | |
| 43. Vanguard Real Estate ETF | A | Dividend | J | T | Sold (part) | 04/12/19 | J | A | |
| 44. | A | Dividend | J | T | Sold (part) | 10/10/19 | J | A | |
| 45. | A | Dividend | J | T | Buy (add'l) | 12/26/19 | J | | |
| 46. Vanguard Intermediate-Term Bond ETF | A | Dividend | K | T | Buy (add'l) | 12/26/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilson, Billy R. | 05/13/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Billy R. Wilson**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544